# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIA ANTONIETA PEREZ,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>NANCY A. BERRYHILL, Acting Commissioner of Social Security,<br><br>　　　　Defendant. | Case No. SACV 17-01811 AFM<br><br>**JUDGMENT** |

　　In accordance with the Memorandum Opinion and Order Reversing Decision of Commissioner and Remanding Decision of Commissioner filed concurrently herewith,

　　IT IS ORDERED AND ADJUDGED that the decision of the Commissioner of Social Security is reversed and the matter is remanded to the Commissioner for further proceedings consistent with the Order.

DATED: 9/19/18

_____
ALEXANDER F. MacKINNON
UNITED STATES MAGISTRATE JUDGE